JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIANA PADDRIK, et al., | Case No.  CV 21-2469-GW-MRWx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| PRINCESS CRUISE LINES, LTD., et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed in its entirety without costs to any party, and the Court shall retain jurisdiction to enforce the settlement.

IT IS SO ORDERED.

Dated: April 4, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE